UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darryel Jerrod Hill**                    **Docket No. 5:12-CR-203-1FL**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darryel Jerrod Hill, who, upon an earlier plea of guilty to Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1) and 924(c)(2), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 10, 2013, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

On November 28, 2016, A Violation Report was submitted notifying the court that the defendant tested positive for marijuana use on September 26, 2016, and October 5, 2016. The court agreed to continue supervision pending further urinalysis results.

On August 4, 2017, a Violation Report was submitted notifying the court that the defendant tested positive for cocaine use on July 17, 2017. The defendant was referred for substance abuse treatment and continued in the Surprise Urinalysis Program.

On September 18, 2017, a DROPS Sanction Report was filed informing the court that the defendant tested positive for cocaine use on July17, 2017, and September 5, 2017. The defendant completed a 5-day DROPS sanction on October 19, 2017.

On November 8, 2017, a Motion For Revocation was filed after the defendant tested positive for cocaine use on October 11, 2017. A warrant for arrest was issued. The Motion for Revocation was granted at the revocation hearing held on December 7, 2017. The defendant's term of supervised release was revoked, and he was released on time served. It was further ordered that the defendant be placed on supervised release for a term of 18 months.

On May 11, 2018, a Violation Report was filed in response to the defendant receiving citations for No Operators License and Expired Registration Card/Tag (17CR707531) and Failure to Reduce Speed (17IF703108) in Nash County, North Carolina. The defendant received a verbal reprimand for these offenses, and the court agreed to continue supervision.

On June 12, 2018, a Violation Report was submitted notifying the court that the defendant tested positive for cocaine use on May 24, 2018. The defendant received a verbal reprimand for his drug use, and the frequency of drug testing and treatment attendance were increased.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine use on September 12, 2018, and the results were confirmed by Alere Laboratory on September 23, 2018. The defendant received a verbal reprimand and was counseled about his actions. In response to this drug use, it is recommended that the defendant be required to adhere to a curfew with electronic monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: September 26, 2018

### ORDER OF THE COURT

Considered and ordered this ___27th___ day of _____September_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge